**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Steven FOWLER, a/k/a Grease,
Defendant—Appellant.**

**No. 10–6257.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 27, 2010.

Decided: May 20, 2010.

Steven Fowler, Appellant Pro Se. Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Fowler appeals the district court's order denying his Fed.R.Civ.P. 60 motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Fowler,* Nos. 1:99–cr–00010–WO–1; 1:05–cv–00162–RAE (M.D.N.C. Dec. 21, 2009 & Feb. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for a certificate of appealability is denied.

*AFFIRMED.*